81,881-01

To whom it may concern:                                    12-23-14

My name is Misty Hoskison. I recently received a white card denial in regards to the Writ of Habeas Corpus I filed. Now, I am currently in the process of filing a federal writ. My question is to make sure that all of my state remedies have been exhausted. I want to make sure I can continue on with the federal writ or is there something I need from the appeals court or any motion's I need to file. Is there anything else I need to do at this point or can I file my federal writ? please let me know. Thank You,

Misty Hoskison

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk